NORMAN B. HARRINGTON, Respondent, v. HAMILTON B. WILLS & COMPANY, LTD., Appellant.— Order modified by striking out interrogatories Nos. 2, 23, 24, 25, 26, 27, 28, 35, 36, 97, 104 and 127, upon the ground that

they are not pertinent, and as so modified the order is affirmed, without costs of this appeal to either party. All concur.